United States District Court
District of New Hampshire



2015 JAN 16 A 11:07

__MATThew W. Peters__
Plaintiff

v.

__William Wrenn__
Defendant(s)

Civil Action No. __1:15-fp-25__
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

# COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. <u>Parties</u>

A. Please provide the following information for each plaintiff:

1. Name __Peters__          __Matthew__          __W.__
   (Last)                    (First)              (Initial)

2. Place of Detention __Concord, New Hamshire State Prison__

3. Institutional Address __P.O. Box 14 Concord, N.H. 03301__

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☐ Pretrial Detention Order
   ☑ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed __February 18, 2014__

B. Please provide the full name, current title and address known for each defendant:

1. Name  __WREM_____William_____
         (Last)                          (First)                (Initial)

2. Title __Commissioner_____

3. Address __Commissioners office, N.H. Department of Corrections__
   __P.O. box 1806 Concord, N.H. 03302__

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: __Due to House bill 649 that the Commissioner is enforcing my 5th Amendment and 8th Amendment rights are being violated__

Supporting *Facts*:
- House Bill 649 grants the prison population the chance to earn good time or a reduction in there sentence except 'STG' members.
- This is discriminating against a class of people and discouraging people to better themselfs. The ones that need it the most
- This also violates my 8th Amendment right to be free from cruel and unusual punishment. It is cruel to tell the whole prison that they can have a chance to earn there way to an early release but not an 'STG' member. Is my life mean less? What about my family
- It can't be about the safety of society because rapest and murders qualify
- It is unusual because no other state douse there good time like this

Allegation 2: Commissioner William Wren is in violation of this allegation for allowing this to go on in prison.

Supporting Facts: Officially his name is on the PPd bill and our copy of House bill 6-49 he has sole descretion on who gets it. Also he over sees all major decisions that has to do with the prison

Allegation 3: The harm that arises from said deprivation can be huge. You have all these wonderful programs that the prisons is just now starting.

Supporting Facts:
- No 'STG' members will have any incentive to do your programs
- You have now caused hate, bitterness and discontent throughout the facility by having these people watch others get the opertunity to learn and leave early but you cant  STG's
- This is a slap in (there face) and gives me nothing to fight for
- Its just asking for violence to happen in the future
- Give STG's a reason to be good and change not give every one els a chance but them thats crazy. We are the ones that need the classes.

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III. Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary): I want the court to treat me the same as every one els in the prison and afford me the same opertunitys. If murderes and rapist can get good time why cant I because I'm in a brotherhood? Also I request that this honorable court look into how other prisons are there good time and if it is done the same way. I feel as though I'm being treated cruely and this is unushual behavior. I would like the court to change the bill and allow every one a chance to earn good time thank you

Respectfully

Date: 12-4-5

_Matthew Peters_
Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                           Page 5

State of New Hampshire ]
                                      ] ss
County of _____ ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

_____
Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

_____       _____
DATE                                        SIGNATURE

### JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (__)    NO (__)
**(check one only)**

Date: _____       _____
                                               Signature of Plaintiff

1-14-15

Clerk of Court,

Enclosed is everything that I belive I will have to of filled out to file suit. This is my first time, so I apalagize if something is in erro or needs fixing. I will plomptly correct it, if somethings not up to par. I hope to be Represented at some point but will continue Pro Se if I have to as I feel very strongly about the case. I look forward to hearing back from you on if every thing was ok. Thank you very much for your time

Sincerly,
Matthew Peters
82561

P.O. Box 14
Concord, N.H. 03301

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2015 JAN 16 A 11:07