UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew W. Peters

        v.

                                            Civil No. 15-cv-00025-LM

NH Department of Corrections,
Commissioner

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 10, 2015.

    SO ORDERED.

                                                        _____
                                                        Landya B. McCafferty
                                                        United States District Judge

Date: May 5, 2015

cc:   Matthew W. Peters, pro se