UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew W. Peters

      v.

                              Civil No. 15-cv-25-LM

NH Department of Corrections,
Commissioner

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 4, 2015.

    SO ORDERED.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States District Judge

Date: June 12, 2015

cc:   Matthew W. Peters, Esq.
       Lynmarie C. Cusack, Esq.