UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew W. Peters

    v.

NH Department of Corrections,
Commissioner

Civil No. 15-cv-25-LM

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendations of Magistrate Judge Andrea K. Johnstone dated December 1, 2015. A hearing on the objection is unnecessary.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: December 17, 2015

cc:   Matthew W. Peters, pro se
       Elizabeth A. Lahey, Esq.
       Lynmarie C. Cusack, Esq.