UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew W. Peters

    v.

NH Department of Corrections,
Commissioner

Civil No. 15-cv-25-LM

O R D E R

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 11, 2016.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: July 29, 2016

cc: Matthew W. Peters, pro se
    Elizabeth A. Lahey, Esq.
    Lynmarie C. Cusack, Esq.